GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

DEC 13 2024
FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Damien Foley | Case Number: 1:08CR00071-1 |
| | USM Number: 13643-021 |
| | David Mitchell Stewart |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | December 9, 2021 |

See additional violations on page 2.

The defendant is sentenced as provided on page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the _____ condition(s), _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 5949

December 11, 2024
Date of Imposition of Judgment

Defendant's Year of Birth: 1976

Signature of Judge

City and State of Defendant's Residence:

Grovetown, Georgia

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

12/13/2024
Date

Judgment— Page 2 of 3

DEFENDANT: Damien Foley
CASE NUMBER: 1:08CR00071-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 10, 2022 |
| 3 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | September 21, 2022 |
| 4 | The defendant failed to abide by the imposed curfew (special condition). | May 18, 2021 |
| 5 | The defendant failed to abide by the imposed curfew (special condition). | August 17, 2022 |
| 6 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | August 17, 2022 |
| 7 | The defendant failed to answer truthfully to inquiries by the probation officer (standard condition). | September 2, 2022 |
| 8 | The defendant failed to refrain from possession, use, or attempted use of any device to impede or evade drug testing (standard condition). | September 21, 2022 |
| 9 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | December 28, 2022 |
| 10 | The defendant committed another federal, state, or local crime (mandatory condition). | April 24, 2023 |
| 11 | The defendant unlawfully possessed a controlled substance (mandatory condition). | April 24, 2023 |
| 12 | The defendant committed another federal, state, or local crime (mandatory condition). | August 5, 2023 |
| 13 | The defendant unlawfully possessed a controlled substance (mandatory condition). | August 5, 2023 |
| 14 | The defendant failed to abide by the imposed curfew (special condition). | August 5, 2023 |
| 15 | The defendant left the judicial district without permission (standard condition). | August 5, 2023 |

DEFENDANT: Damien Foley
CASE NUMBER: 1:08CR00071-1

## IMPRISONMENT

☒ The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
<u>36 months, to run consecutively to the custodial term ordered in Case Number 3:24CR00014 (United States District Court, Middle District of Georgia), with no supervised release to follow.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant be evaluated by Bureau of Prisons officials to establish his participation in an appropriate program of substance abuse treatment and counseling, including the Residential Drug Abuse Program (RDAP), during his term of incarceration.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL